Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIGHLAND HOLDINGS, INC., a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>REN SEAFOODS INC., a Pennsylvania corporation,<br><br>　　　　　　　Defendant. | Cause No. 2:23-cv-01108-KKE<br><br>STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND ORDER |

COME NOW all the parties to this case, and request that this Court extend the existing upcoming internal deadlines, as follows:

PRETRIAL DATES

| Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 04-01-2024 | **Rebuttal: 05-15-2024**<br>**Supplemental: 06-15-2024** |
| All motions related to discovery must be filed by | 05-01-2024 | **07-01-2024** |
| Discovery must be completed by | 05-31-2024 | **07-31-2024** |

Stipulated Motion and Order – page 1

| | | |
|---|---|---|
| Dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | 07-01-2024 | no change |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 08-29-2024 | no change |
| All motions in limine must be filed by | 09-23-2024 | no change |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 10-07-2024 | no change |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 10-15-2024 | no change |
| Pretrial conference scheduled at 10:00 am on | 10-18-2024 | no change |
| BENCH TRIAL DATE at 9:30 am on | 10-28-2024 | no change |

Good cause exists for this limited extension of certain pretrial deadlines. First, the parties require additional time for expert witness discovery, which is underway and ongoing. Second, Defendant's primary counsel, Jacob Downs, of Corr Downs PLLC, is scheduled to begin an estimated four week trial on May 13, 2024 in the matter of *Covey v. Port of Seattle,* King County

Stipulated Motion and Order – page 2

Superior Court. Plaintiff has no objection to this rescheduling, which primarily impacts discovery only. This is the parties' first request for an extension of any deadlines.

All parties, as evidenced by the electronic signatures below, are in agreement to this extension of time.

Dated this 10th day of April, 2024.

| VI JEAN RENO | CORR DOWNS PLLC |
|---|---|
| s/ Vi Jean Reno<br>Vi Jean Reno, WSBA No. 9385<br>Law Offices of Vi Jean Reno<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA  98101<br>Telephone: (206) 622-4100<br>Fax: (206) 464-0461<br>Email: vjreno@renolawsea.com<br>Attorneys for Plaintiff/Counterclaim Def.<br>Highland Holdings, Inc. | s/ Jacob M. Downs<br>Jacob M. Downs, WSBA No. 37982<br>Joseph P. Corr, WSBA No. 36584<br>Corr Downs PLLC<br>100 West Harrison St, Suite N440<br>Seattle, WA  98119<br>Email: jdowns@corrdowns.com<br>           jcorr@corrdowns.com<br>Phone: (206) 962-5040<br>Attorneys for Defendant/Counterclaim Pltf.<br>REN Seafoods Inc. |

RUSKIN MOSCOU FALTISCHEK, PC

 s/ Jonathan Sullivan
Jonathan Sullivan, NY Bar No. 4050571
Brian Passarelle, NY Bar No. 11556
Admitted *Pro Hac Vice*
Ruskin Moscou Faltischek, PC
1425 RXR Plaza
East Tower, 15 Floor
Uniondale, New York 11556
Email: jsullivan@rmfpc.com
           boassarelle@rmfpc.com
Phone: (506) 663-6600
*Pro Hac Vice* Attorneys for
Defendant/Counterclaim Pltf.
REN Seafoods Inc.

# ORDER

The Court GRANTS the parties' stipulated motion to extend certain pretrial deadlines. Dkt. No. 18. The case schedule is amended as follows:

| Event: | Amended Deadline: |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | **Rebuttal: 05-15-2024**<br>**Supplemental: 06-15-2024** |
| All motions related to discovery must be filed by | **07-01-2024** |
| Discovery must be completed by | **07-31-2024** |

All other unexpired deadlines set forth in the Court's prior scheduling order (Dkt. No. 10) remain unamended.

Dated this 11th day of April, 2024.

Kymberly K. Evanson
United States District Judge