HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIGHLAND HOLDINGS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>REN SEAFOODS INC., a Pennsylvania corporation,<br><br>Defendant. | NO. 2:23-CV-01108-KKE<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Highland Holdings Inc. and Defendant REN Seafoods Inc., by and through their respective undersigned counsel of record, that all claims in the above-captioned action are hereby dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 4th day of September, 2024.

| LAW OFFICES OF VI JEAN RENO | CORR|DOWNS PLLC |
|---|---|
| By *s/Vi Jean Reno  (per email authorization)*<br>Vi Jean Reno, WSBA No. 9385<br>1420 Fifth Ave, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 622-4100<br>Fax: (206) 464-0461 | By *s/Jacob M. Downs*<br>Jacob M. Downs, WSBA No. 37982<br>Joseph P. Corr, WSBA No. 36584<br>100 W Harrison St, Suite N440<br>Seattle, WA 98119<br>Telephone: 206.962.5040 |

STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE - 1
No. 2:23-CV-01108-KKE

| | |
|---|---|
| vjreno@renolawsea.com<br>Attorneys for Plaintiff/Counterclaim<br>Defendant Highland Holdings, Inc. | jdowns@corrdowns.com<br>jcorr@corrdowns.com<br>Attorneys for Defendant/Counterclaim<br>Plaintiff REN Seafoods Inc. |

RUSKIN MOSCOU FALTISCHEK, P.C.

By *s/Jonathan Sullivan*
  Jonathan Sullivan (*Pro Hac Vice*)
  Brian Passarelle (*Pro Hac Vice*)
  1425 RXR Plaza
  East Tower, 15th Floor
  Uniondale, NY 11556
  Telephone: 516.663.6600
  jsullivan@rmfpc.com
  bpassarelle@rmfpc.com
Attorneys for Defendant/Counterclaim
Plaintiff REN Seafoods Inc.

STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE - 2
No. 2:23-CV-01108-KKE

<u>ORDER</u>

The Court GRANTS the parties' stipulated motion (Dkt. No. 22), and hereby ORDERS that this entire action is DISMISSED WITHOUT PREJUDICE, and each party shall bear her or its own costs and attorneys' fees.

DATED this 4th day of September, 2024.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge